UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

THE NEW YORK TIMES COMPANY
and KEVIN DRAPER,                                       :

       Plaintiffs, : Case No. 25-cv-6611

       v. :

FEDERAL BUREAU OF INVESTIGATION, :

       Defendant. :
_____X

## STATEMENT PURSUANT TO FRCP RULE 7.1

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    August 11, 2025

               */s/ David E. McCraw*
               David E. McCraw
               Al-Amyn Sumar
               Legal Department
               The New York Times Company
               620 Eighth Avenue
               New York, NY 10018
               Phone: (212) 556-4031
               Fascimile: (212) 556-4634
               Email: mccraw@nytimes.com
               Email: al-amyn.sumar@nytimes.com

               *Counsel for Plaintiffs*