AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The New York Times Company et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Civ. 6611 (LAK) |
| Federal Bureau of Investigation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 08/25/2025

/s/ Dana Walsh Kumar
*Attorney's signature*

Dana Walsh Kumar
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

dana.walsh.kumar@usdoj.gov
*E-mail address*

(212) 637-2741
*Telephone number*

(212) 637-2702
*FAX number*