

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 9, 2025

**By ECF**
The Honorable Sarah Netburn
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *The New York Times Company et al. v. Federal Bureau of Investigation*,
           No. 25 Civ. 6611 (LAK) (SN)

Dear Judge Netburn:

    This Office represents the Federal Bureau of Investigation (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq*. We write to respectfully request a thirty-day extension of time, from September 15, 2025, to October 15, 2025, to file the Government's response to the complaint.

    The reason for this request is that the Government requires additional time to gather information relevant to the complaint and to prepare its response. This is the Government's first request for an extension of time. Plaintiffs consent to the requested extension.

    We thank the Court for its consideration of this request.

                                Respectfully,

                                JAY CLAYTON
                                United States Attorney

                By:     /s/ *Dana Walsh Kumar*
                                Dana Walsh Kumar
                                Assistant United States Attorney
                                Tel.: (212) 637-2741

cc: Plaintiff's Counsel (By ECF)