UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK TIMES COMPANY
and KEVIN DRAPER,

                        Plaintiffs,                      25-CV-06611 (LAK)(SN)

    -against-                      **ORDER**

FEDERAL BUREAU OF INVESTIGATION,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 3, 2025, Judge Lewis A. Kaplan referred this case to my docket for general pretrial and dispositive motions. In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. All deadlines in this case, including the deadline to answer or otherwise respond to the complaint, shall be extended by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     New York, New York
               October 16, 2025