UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE NEW YORK TIMES COMPANY
and KEVIN DRAPER,

                        Plaintiffs,

       -against-

FEDERAL BUREAU OF INVESTIGATION,

                        Defendant.

------------------------------------------------------------X

25-CV-06611 (LAK)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines were extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant shall answer or otherwise respond to the Complaint by December 1, 2025.

SO ORDERED.

                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:    New York, New York
               November 18, 2025