

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 20, 2026

**By ECF**

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *The New York Times Company et al. v. Federal Bureau of Investigation*,
     No. 25 Civ. 6611 (LAK) (SN)

Dear Judge Netburn:

  This Office represents the Federal Bureau of Investigation (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522, *et seq.* We write to respectfully request a 30-day extension of time, from February 23, 2026, to March 25, 2026, to file the Government's response to the complaint.

  On November 19, 2025, the FBI responded to Plaintiffs' FOIA request and produced 82 pages of records. On December 15, 2025, the FBI made a supplemental production of records in response to the FOIA request. After reviewing the productions, Plaintiffs requested additional information about certain redactions and withholdings, and the Government has agreed to provide a *Vaughn* index, which the Government is in the process of preparing. The Government thus respectfully requests an extension of time for it to respond to the complaint so that the parties can continue their discussions regarding the productions, which may resolve any outstanding issues without the need for further litigation. This is the Government's fourth request for an extension of time. Plaintiffs consent to the requested extension.

  We thank the Court for its consideration of this request.

          Respectfully,

          JAY CLAYTON
          United States Attorney

     By:  /s/ *Dana Walsh Kumar*
        Dana Walsh Kumar
        Assistant United States Attorney
        Tel.: (212) 637-2741

cc: Plaintiff's Counsel (By ECF)