UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————— X

THE NEW YORK TIMES COMPANY
and KEVIN DRAPER,                                          :

                              Plaintiffs,                 :        Case No. 25 Civ. 6611

                v.                                        :

FEDERAL BUREAU OF INVESTIGATION,                          :

                              Defendant.                  :
————————————————————————————— X

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs The New York Times Company and Kevin Draper, through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant.

Date:  New York, NY
       August 5, 2026

David E. McCraw
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccraw@nytimes.com

Counsel for Plaintiffs